# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HAROLD WARD, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUCKY BUCKS, LLC<br><br>Defendant. | CIVIL ACTION NO.<br>1:22-cv-02264-WMR |

## ORDER GRANTING CONSENT MOTION TO STAY PROCEEDINGS

The Court hereby GRANTS the Consent Motion to Stay Proceedings.

This case is stayed for 90 days from the date of any Order. If at the end of 90 days and the parties have not filed a Notice of Settlement or Dismissal, the stay is automatically lifted and the deadlines in the Schedule Order resume with additional time of the length of stay incorporated.

This 11th day of August, 2022.

_William M. Ray, II_
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

FP 44855898.1