# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HAROLD WARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 1:22-cv-02264-WMR |
| LUCKY BUCKS, LLC | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER GRANTING WARD'S UNOPPOSED MOTION TO APPROVE SETTLEMENT AND DISMISS LAWSUIT WITH PREJUDICE

This matter has come before the Court on Ward's Unopposed Motion to Approve Settlement and Dismiss Lawsuit with Prejudice. After reviewing the record, the Court is of the opinion that the Motion should be GRANTED. Having reviewed the Settlement Agreement the Parties executed, the Court finds that the settlement is fair, adequate, and reasonable. The Court finds that the Settlement Agreement was negotiated at arms' length by represented parties and is not the result of collusion. The Court also finds that the payment of attorneys' fees and costs provided in the Settlement Agreement is reasonable.

Therefore, Ward's Unopposed Motion to Approve Settlement is GRANTED, the settlement is APPROVED, and the terms of the Settlement Agreement are

FP 46273854.1

incorporated into his Order. The Court will retain jurisdiction for the purposes of enforcing the Settlement Agreement. In light of the settlement, the Court DISMISSES all claims with prejudice.

SO ORDERED this 16th day of May, 2023.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE